Anthony E. McNamer, SBN 178911
MCNAMER & COMPANY, PC
321 SW 4th Ave., Ste. 305
Portland, Oregon 97204
phone: 503-727-2500
facsimile: 503-727-2501
anthony@mcnamerlaw.com

Attorneys for Chris Canard, Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS CANARD, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KYLE BRICKER, an individual; and 32K STUDIOS, LLC, a California limited liability company,<br><br>　　　　Defendants. | Case No. 3:14-cv-04986<br><br>[~~PROPOSED~~] ORDER RE REQUEST TO APPEAR BY PHONE<br><br>**Date: February 26, 2015**<br>**Time: 9:00 am**<br>**Courtroom: F, 15th Floor**<br>**Judge: Magistrate Jacqueline S. Corley** |

IT IS HEREBY ORDERED, that Plaintiff's counsel may appear telephonically at

the hearing on the Motion to Dismiss set for February 26, 2015. Counsel shall

contact Court Call at 1-888-882-6878 to make the arrangements to appear by phone.

DATED: ___Feb. 20___, 2015

　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

　　　　　　　　　　　　　　　_/s/ Jacqueline S. Corley_
　　　　　　　　　　　　　　　Hon. Jacqueline Scott Corley

---

[PROPOSED] ORDER ON REQUEST TO APPEAR BY PHONE　　-1-　　McNamer and Company PC
321 SW 4th Ave., Ste, 305
Portland, OR 97204
503-727-2500