UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS CANARD,<br><br>   Plaintiff,<br><br>   v.<br><br>KYLE BRICKER, et al.,<br><br>   Defendants. | Case No.  14-cv-04986-JSC   (DMR)<br><br>**ORDER REQUIRING PARTIES TO LODGE SETTLEMENT CONFERENCE PAPERS BY JUNE 24, 2015 AT 9:00 A.M.** |

The parties were required to lodge settlement conference papers by June 19, 2015. *See* Docket No. 23.  The parties failed to do so.  On June 19, 2015, the court granted the parties an extension and required the settlement conference papers to be lodged by June 23, 2015 at 9:00 a.m.  To date, the parties have still not done so.  The parties must lodge their settlement conference papers by **June 24, 2015 at 9:00 a.m.**  Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: June 23, 2015

_____
Donna M. Ryu
United States Magistrate Judge